1

2

3

4

5

6

J S - 6

7

# UNITED STATES DISTRICT COURT

8

# CENTRAL DISTRICT OF CALIFORNIA

9

10 AMERICAN BEVEL, INC., a California ) Case No. SACV08-1190 CJC (ANx)
corporation,                         )

11          Plaintiff,               )
                                     ) [~~PROPOSED~~] JUDGMENT AND
12      vs.                          ) PERMANENT INJUNCTION
                                     )
13 MASTERPIECE LEADED WINDOWS        )
CORPORATION, *etc.*, *et al.*,       )
14                                   )
          Defendants.                )
15                                   )
                                     )
16                                   )
AND RELATED CROSS-CLAIMS             )
17                                   )

18

19

20

21

22

23

24

25

26

27

28

## JUDGMENT

Pursuant to the Stipulation of the parties filed herein and the Court's Order on that Stipulation, it is hereby **ORDERED AND DECREED** as follows:

1.      Defendants and cross-defendants Masterpiece Leaded Windows Corporation, Masterpiece Stained Glass Incorporated, Masterpiece Leaded Windows, LLC, Joel Perry Debus, also known as "Joel P. Debus" and "Joel Debus," and James P. Debus, and each of them (the "Masterpiece Defendants"), and defendants and cross-complainants Shea Homes, Inc., Warmington Homes of California and Chateau Interiors & Designs (collectively, with the Masterpiece Defendants, "Defendants"), and Defendants' respective officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them, or any of them, who receive actual notice of this Permanent Injunction, is permanently enjoined from manufacturing, selling, distributing, displaying, exploiting, marketing, advertising or promoting, and from causing or authorizing the sale, distribution, exploitation, marketing, advertising or promotion of:

> (a)      bevel glass clusters that the Masterpiece Defendants have designated "R" or MP5 clusters;

> (b)      leaded glass windows and/or other products that include and/or incorporate bevel glass clusters that the Masterpiece Defendants have designated "R" or MP5 clusters; and/or

> (c)      any and all other bevel glass clusters, leaded glass windows and other products that constitute and/or incorporate unauthorized copies of plaintiff American Bevel, Inc.'s bevel glass cluster designs known as AB032.

2.      The Masterpiece Defendants, and their respective officers, agents, servants, employees and attorneys, and those persons in active concert or participation

1

1  with them, or any of them, who receive actual notice of this Permanent Injunction, are

2  permanently enjoined from manufacturing, selling, distributing, displaying, exploiting,

3  marketing, advertising or promoting, and from causing or authorizing the sale,

4  distribution, exploitation, marketing, advertising or promotion of any and all other

5  bevel glass clusters, leaded glass windows and other products that constitute and/or

6  incorporate unauthorized copies of plaintiff American Bevel, Inc.'s bevel glass cluster

7  designs known as AB001 through AB031 or AB033 through AB109, all inclusive, or

8  any of them.

9

10      3.      The parties shall bear their respective attorneys' fees and costs in this

11  action, except that the prevailing party may recover its reasonable attorneys' fees and

12  costs incurred in proceedings brought in the future with respect to the enforcement of

13  this Judgment.

14

15  Dated: 12/28/09            _____

16                                 The Honorable Cormac J. Carney
                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28